**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**TYRONE JAMES WALKER**                                    **PLAINTIFF**

**V.**                              **CIVIL ACTION NO. 3:17-cv-57-JCG**

**WARDEN FRANK SHAW et
al.**                                                      **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion and Order (ECF No.

56) and Order Dismissing Plaintiff's Remaining Claims With Prejudice (ECF No.

71), final judgment is hereby entered pursuant to Rule 58 of the Federal Rules of

Civil Procedure.

**SO ORDERED** this the 15th day of January, 2019.

_s/ John C. Gargiulo_
JOHN C. GARGIULO
UNITED STATES MAGISTRATE JUDGE